# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SCOTT and ELIZABETH P.         :   CHAPTER 13
        WENDEL
        Debtors                                 :   BANKRUPTCY NO. 19-14914

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Paul H. Young applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the bankruptcy code on August 5, 2019.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

   _____ above median (the amount on line 15 is not less than the amount on line 16).

   __X___ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,250.00 for providing the following services: (Description of Services)

   Consultation and planning, preparation of Chapter 13 petition, amendments, multiple meetings and/or telephone conversations with debtor, preparation and review of Chapter 13 Plan, attendance at creditors meeting, review of proof of claims, subsequent petition amendments. The aforementioned is consistent with the Fed.R.Bankr.P.2016(b) statement.

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: (Description of Expenses)

7. The debtor paid Applicant $400.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the Compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies

WHEREFORE, Applicant requests an award of $3,850.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Date: February 11, 2020

/s/ Paul H. Young
Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA   19020
Phone:   (215) 639-5297
Fax:      (215) 639-1344
support@ymalaw.com